**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CESAR AUGUSTO GOMEZ LOPEZ,

      Petitioner,

v.                                      Case No. 3:26-cv-576-WWB-LLL

SECRETARY KRISTI NOEM, et al.,

      Respondents.

_____

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 5). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on March 23, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record